

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-15-00585-CR

Devin Donell **FIELDS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9124
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The State's second motion for extension of time to file its brief is GRANTED. The State's brief is due on July 5, 2016. No further extensions will be granted.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

Keith E. Hottle
Clerk of Court